UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLOCKWORK IP LLC,**

    **Plaintiff,**

**v.**                                           Case No.  8:10-cv-922-T-30MAP

**DAVID PERKINS,**

    **Defendant.**
_____/

**FINAL JUDGMENT AND ORDER GRANTING PLAINTIFF'S
MOTION FOR ENTRY OF DEFAULT JUDGMENT AND PERMANENT
INJUNCTION AGAINST DEFENDANT DAVID PERKINS**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Default Judgment (Dkt. #9).  The Clerk entered a default against Defendant on June 7, 2010.  The Court concludes, upon review of the motion, and upon being otherwise advised in the premises, that Plaintiff's motion should be granted.  It is therefore

ORDERED AND ADJUDGED that:

1.   Plaintiff's Motion for Default Judgment (Dkt. #9) is GRANTED.

2.   The Court has jurisdiction over Plaintiff's claims.

3.   Plaintiff's Complaint adequately states a claim for the relief requested and the allegations are hereby deemed admitted.

4.   Plaintiff has a valid and enforceable Copyright in the OpX Manual, Registration No. TX 0006193544, and Defendant willfully infringed on Plaintiff's OpX Manual by copying constituent elements of the work that are original.

5. Defendant has passed off Plaintiff's work as his own.

6. Defendant, his agents, officers, assigns, and all others acting in concert with Defendant are permanently enjoined from passing off Plaintiff's copyrighted work as Defendant's work in any manner, and from reproducing, marketing, promoting, advertising, distributing, offering for sale, selling, or otherwise disposing of any copies of the infringing or passed off works, or derivative works, and in participating in, or furthering, any other acts of passing off or infringing on Plaintiff's copyrights.

7. Plaintiff is awarded statutory damages in the amount of $15,000.00.

8. Plaintiff is awarded costs in the amount of $350.00, and has waived any entitlement to attorneys' fees.

9. The Court reserves jurisdiction over the parties and this action to enforce the terms of this permanent injunction through contempt proceedings and/or through any other permissible means.

10. The Clerk is directed to enter Final Judgment in favor of Plaintiff and against Defendant in the amount of $15,350.00, that shall bear interest at the federal statutory rate.

11. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on August 5, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-922.default 9.frm